UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD BERDELL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. 21cv03282 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| VELOCITY INVESTMENTS, L.L.C. and | ) | |
| MANDARICH LAW GROUP, LLP, | ) | **Magistrate Judge Jeffrey T. Gilbert** |
| | ) | |
| DEFENDANTS. | ) | |

### ***PARTIALLY UNOPPOSED* MOTION TO EXTEND TIME TO SERVE SETTLEMENT POSITION PAPER**

Plaintiff, Ronald Berdell ("Plaintiff") respectfully asks this Court for an extension of time to serve his settlement position paper, and in support states as follows:

1. On December 1, 2022, the Court entered the following briefing Minute Order:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 12/1/22 and continued to 1/12/23 at 10:00 a.m. Plaintiff will make a settlement demand by 12/16/22, with a copy delivered to the Court via the Court's settlement correspondence email at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov. Defendants jointly or individually will submit a settlement response letter by 1/9/23, with a copy delivered to the Court via the Court's settlement correspondence email at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov. Settlement conference set for 3/9/23 at 1:30 p.m. via Cisco Webex. Counsel shall email the Court's courtroom deputy (Brenda_Rinozzi@ilnd.uscourts.gov) by 4:00 p.m. on 12/2/22 to confirm whether their clients are available on that date. (The Court offered 2/9/23 as a potential date for the settlement conference but that date did not work for one Defendant.) Counsel for all parties shall send an email to the Court at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov that includes the names and email addresses for all individuals who will attend the settlement conference so they can be connected to the Cisco WebEx platform for the settlement conference. The parties and the Court agree that further fact discovery should be deferred pending the parties' efforts to resolve the case. If the case is not resolved, then the Court will revisit the discovery schedule and any discovery motions that need to be decided.

2. Plaintiff's settlement position paper is thus due on December 16, 2022.

3. Despite his best efforts, Plaintiff's counsel will not be able to finalize and file the settlement position paper by the deadline due to the fact that both of his minor daughters have

been ill over the last two weeks, requiring medical care and forcing them to quarantine at home, which has severely diminished Plaintiff's counsel's available time, and thus ability, to finalize the settlement position paper.

4. Plaintiff thus requests a 3-day extension of time to file his position paper, to December 19, 2022.

5. The requested enlargement of time is not meant for purposes of delay.

6. On December 16, 2022, Plaintiff's counsel corresponded with Katherine Olson, counsel for Defendant Mandarich Law Group, LLP, who stated she did not oppose the request for another 3 days to serve the settlement position paper.

7. On December 16, 2022, at 1:05 p.m. and again at 1:55 p.m., Plaintiff's counsel corresponded with counsel for Defendant Velocity investments, LLC, Justin Penn, and requested concurrence as to the relief requested via email. Attorney Penn has not to date responded.

WHEREFORE Plaintiff respectfully requests that this Court enter an Order granting Plaintiff a 3-day extension of time to serve his settlement position paper, to December 19, 2022, and for any further and other relief the Court deems just.

Respectfully submitted,

By: /s/ *Mario Kris Kasalo*
One of Plaintiff's Attorneys

Mario Kris Kasalo
The Law Office of M. Kris Kasalo, Ltd.
4950 Madison St., P.O. Box 1425
Skokie, IL 60077
tele 312-726-6160
fax 312-698-5054
mario.kasalo@kasalolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF users.

By: */s/ Mario Kris Kasalo*
Mario Kris Kasalo